**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **STACEY LYNN RUDDICK** | **:** | |
| **Debtor** | **:** | **CASE NO. 2:25-bk-12873-djb** |
| | **:** | |
| | **:** | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), the undersigned hereby appears as counsel for RWB Credit Services, Inc., and requests that all notices and papers filed or served in this case be provided to:

Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Phone: (717) 232-6650
Email: karagendron@gmail.com

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, all notices, orders, pleadings, motions, applications, petitions, requests, complaints, demands, disclosure statements, plans, and any other documents filed or served in this case, whether formal or informal, written or oral, and by whatever means transmitted, including ECF notices, mail, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned also requests to be added to the Court's master mailing list and to receive all ECF/PACER electronic notices in this case.

**July 28, 2025**

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg PA 17101
Telephone: 717. 232.6650
Fax: 717.232.0477
karagendron@gmail.com